ANDRÉ BIROTTE Jr.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH R. YANG (Cal. Bar No. 196461)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-3713
    E-mail:  Elizabeth.Yang@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN RICO DOSS,<br><br>    Defendant. | CR No. 05-627(B)-ABC<br><br>**GOVERNMENT'S RE-FILING** OF EXHIBITS IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SENTENCE ENHANCEMENTS |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby re-files the exhibits in support of the Government's Opposition to Defendant's Motion to Dismiss Sentence Enhancements, filed on or about May 31, 2011 (CR 482).

    As noted in a Notice of Manual Filing electronically filed on May 31, 2011 (CR 481), despite repeated attempts, the government was unable to file these exhibits electronically, apparently due to the size of the files.  The Clerk's Office, however, has refused to accept these exhibits for manual filing

1  and insists that the government electronically file them.
2  Accordingly, by this filing, the government will again attempt to
3  electronically file these exhibits.
4      Copies of the Notice of Manual Filing and the government's
5  attempted filing of the exhibits (A-D) are attached hereto as
6  Exhibits 1 and 2, respectively.

8  DATED: June 1, 2011              Respectfully Submitted,
9                                   ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
11                                  Assistant United States Attorney
                                    Chief, Criminal Division

13                                    /s/ Elizabeth R. Yang
                                    ELIZABETH R. YANG
14                                  Assistant United States Attorney

15                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2