# EXHIBIT 13

```
*** LIMITED OFFICIAL USE ***

                                                              DATE: 08/09/2006 TIME: 18:05 PAGE:   1
                               UNITED STATES MARSHALS
                               PRISONER TRACKING SYSTEM
                                      LAS VEGAS
                               DISTRICT: 48  OFFICE: NEV

                           PERSONAL HISTORY DEFENDANT (USM 312)

I. IDENTIFICATION DATA:

   USMS NBR: 40354048  NAME: DOSS, JUAN RICO              CUSTODY DT:07/01/2005 RELEASE DT:07/12/2005

   STREET: 9636 LINCOLN VILLAGE DR #5   CITY: SACRAMENTO   STATE: CA ZIP: 95827   PHONE:  -  -   AGE: 37

   DOB: 11/16/1968  POB: OAKLAND     , CA  SEX: M  RACE: B  HAIR: BLK  EYES: BRO  HGT: 5'10"  WGT: 168  MARITAL STATUS: M

   SSN: 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  FBI: 133296LA0  ALIEN NBR:              CITIZEN: US

   PRISONER'S ALIASES                        GENERAL ALIASES REMARKS
     COLEMAN, BRIAN
     RICO, X
     SMITH, RUNDELL

   SCARS, MARKS, TATTOOS    DESCRIPTION
     T                      415/BAY AREA/EAST/SKULLS ON LEFT ARM
     T                      ROSE/RERE/R.I.P./PRISON TOWER/SIDE ON RIGHT ARM
     T                      BAY AREA 415 ON ABDOMIN
     T                      OAKLAND ON BACK

II. ASSOCIATE AND RELATION DATA:

   ASSOCIATE NAME                DOB         AGE  ADDRESS              CITY            STATE
   HUNTER, DEBRAH                **********  45   9080 BEDROCK CT      SACRAMENTO      CA
      REMARK:                                          PHONE:  -  -

   LOCALES FREQUENTED
     PLACE                 ADDRESS                    CITY           STATE   ZIP CODE
     WILLIAM LAN PARK      BROADWAY/WILLIAM LAN PARK  SACRAMENTO     CA
        REMARK: ONCE A WEEK

   EMPLOYER INFORMATION
     OCCUPATION     EMPLOYER                ADDRESS         CITY            STATE  ZIP CODE
        START DATE  END DATE   POINT OF CONTACT   REMARK

     CONSTRUCTION   BALDINI'S CASINO        UNKNOWN         RENO            NV
        **********  **********

   RELATIVE INFORMATION
     TYPE  NAME                              ADDRESS          CITY         STATE  ZIP    DOB          AGE
     SP    FORD, JACQUAY                     9636 LINCOLN VILLAGE D SACRAMENTO  CA     95827  **********   26
        REMARK:                                                  PHONE: 916-410-3166

III. MISCELLANEOUS INFORMATION:

   VEHICLE INFORMATION                                   YEAR
     YEAR  MAKE     MODEL           COLOR    PLATE    ST  REG    REMARK
     1985  CHEVY    MONTE CARLO     BURGUND  4TDL195  CA  2005

*** LIMITED OFFICIAL USE ***
```

*** LIMITED OFFICIAL USE ***

DATE: 08/09/2006  TIME: 18:05  PAGE:    2

UNITED STATES MARSHALS
PRISONER TRACKING SYSTEM
LAS VEGAS
DISTRICT: 4B   OFFICE: NEV

PERSONAL HISTORY DEFENDANT (USM 312)

USMS NBR: 40354048  NAME: DOSS, JUAN RICO

LICENSE INFORMATION

| LICENSE NO. | STATE | TYPE |
|---|---|---|
| UNKNOWN | NV | REGULAR DRIVERS |
| 84626092 | CA | REGULAR DRIVERS |

IV. OFFENSE INFORMATION:

| COURT CASE NO. | CUST DATE | ARREST AGY | STATUS | ARREST DATE |
|---|---|---|---|---|
| 40354048-1 | 07/01/2005 | USM | RL-WOR | 07/01/2005 |

| OFFENSE | REMARK |
|---|---|
| (3699) SEX OFFENSE | CONSPIRACY |
| (3699) SEX OFFENSE | SEX TRAFFICKING OF CHILDREN |
| (3699) SEX OFFENSE | TRANPORTATION OF MINORS INTO PROSTITUTION |

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

****** END OF REPORT ******

*** LIMITED OFFICIAL USE ***